Cochran, Appellee, *v.* Flowers, Administrator, Bureau of Workmen's Compensation; General Telephone Co. of Ohio, Appellant.

[Cite as Cochran v. Flowers (1972), 32 Ohio St. 2d 61.]

(No. 72-79—Decided November 29, 1972.)

*Messrs. Larrimer & Larrimer* and *Mr. Craig Aalyson,* for appellee.

*Messrs. Power, Jones & Schneider* and *Mr. William R. White,* for appellant.

62

*Per Curiam.* Upon the basis of *Gregory* v. *Flowers* (1972), 32 Ohio St. 2d 48, the judgment of the Court of Appeals is affirmed.

*Judgment affirmed.*

O'NEILL, C. J., SCHNEIDER, HERBERT, CORRIGAN, STERN, LEACH and BROWN, JJ., concur.

LEACH, J., concurring. Here, the application for modification, requesting additional compensation, was filed prior to the amendment of R. C. 4123.84, effective December 11, 1967. Thus *Kittle* v. *Keller* (1967), 9 Ohio St. 2d 177, and *Payne* v. *Keller* (1969), 18 Ohio App. 2d 66 (affirmed by this court without opinion October 1, 1969), mandate affirmance of the judgment herein.